McGREGOR W. SCOTT
United States Attorney
OWEN ROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: LOCATION INFORMATION ON A CELLULAR PHONE USED BY MARTIN GASCA-ROJAS; THE RESIDENCE AT 7431 BALFOUR WAY IN SACRAMENTO, CALIFORNIA; AND ELECTRONIC DEVICES SEIZED AT 7431 BALFOUR WAY DURING THE EXECUTION OF A SEARCH | 2:16-sw-0724 DB<br>2:17-sw-0313 CKD<br>2:17-sw-0379 CKD<br>2:17-sw-0468 EFB<br>2:17-sw-0469 EFB<br>2:17-sw-0470 EFB<br>2:17-sw-0471 EFB<br>2:17-sw-0472 EFB<br>2:17-sw-0473 EFB<br>2:17-sw-0474 EFB<br>2:17-sw-0475 EFB<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVITS |
|---|---|

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: 3-20-18

The Honorable Deborah Barnes
UNITED STATES MAGISTRATE JUDGE